UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAY HARAJLI,

      Plaintiff,

v.                                            Case No. 09-14598
                                           Honorable Patrick J. Duggan

WASHINGTON MUTUAL BANK and
JP MORGAN CHASE BANK,

      Defendants.
_____/

## **JUDGMENT AS TO CHASE**

On or about October 15, 2009, Plaintiff commenced this action against Defendants Washington Mutual Bank and JP Morgan Chase Bank in the Circuit Court for Wayne County, Michigan. JP Morgan Chase Bank removed the action to federal court based on diversity jurisdiction on November 24, 2009, and filed a motion to dismiss and/or for summary judgment on May 26, 2010. In an Opinion and Order issued on this date, the Court granted JP Morgan Chase Bank's motion to dismiss and dismissed Plaintiff's claims against JP Morgan Chase Bank with prejudice. In the Opinion and Order the Court also *sua sponte* dismissed without prejudice Plaintiff's claims against Washington Mutual Bank.

      Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in favor of JP Morgan Chase Bank and against Plaintiff.

DATE: July 16, 2010

                                      s/PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Emmett D. Greenwood, Esq.
Joseph H. Hickey, Esq.
Michael J. Blalock, Esq.
Brandon M. Blazo, Esq.